UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 19-20112-02
                                          Hon. Matthew F. Leitman

v.

D2. JAMES WOODS,

       Defendant.

_____/

### EX-PARTE ORDER ALLOWING DEFENDANT TO HAVE JOINT PROFESSIONAL MEETINGS WITH CO-DEFENDANT DONTESE WOODS AND HIS ATTORNEY WILLIAM SWOR

Defendant James Woods, by and through his attorney, Henry M. Scharg, files this submission with the Court to allow the defendant and his counsel to have professional contact visits with co-defendant Dontese Woods and his attorney William Swor, for joint team meetings at the Clare County Jail, during normal visiting hours, from September 6, 2019 thru December 31, 2019.

                          Respectfully submitted by:

                          /s/Henry M. Scharg (P-28804)
                          Attorney for James Woods
                          30445 Northwestern Hwy, Ste 225
                          Farmington Hills, MI 48334
                          (248) 596-1111
                          E-mail: hmsattyatlaw@aol.com

 Dated: September 4, 2019

**IT IS HEREBY ORDERED**

                          /s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
Dated: September 4, 2019         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764