MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

WOODS, James                                                    Crim. No.: 19CR20112-02

On 04/24/2025 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 06/03/2025, and the Court made the following finding(s):

  X   Guilty of violating conditions of supervision. The following special conditions of supervision are added.

**"You must reside at the Residential Reentry Center (RRC) for 180 days. You must follow the rules and regulations of the center. While at the RRC, you shall be allowed to earn social time at the discretion of the United States Probation Officer, if you are in compliance with all the facility criteria and probationary standards."**

**"You will be monitored by electronic monitoring upon your release from custody. Prior to your release from custody, a home inspection will be completed and approved by probation. You will remain on electronic monitoring until you report to the Residential Reentry Center. You are restricted to your residence every day from 8:00 p.m. to 8:00 a.m. or as directed by your probation officer."**

                                                             Respectfully submitted,

                                                              Benjamin M. Bojicic  
                                                              United States Probation Officer

## ORDER OF THE COURT

      Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

      Dated this 6th Day of June, 2025.

                                                              s/Matthew F. Leitman  
                                                              Matthew F. Leitman  
                                                              United States District Judge