UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,                            Case No. 19-cr-20112-2
                                            Hon. Matthew F. Leitman

v.

D2, JAMES WOODS,

     Defendant.

_____/

## ORDER RELEASING DEFENDANT FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant James Woods shall be released from custody on Thursday, June 12, 2025, at 9:00 a.m.  Upon his release, he shall **immediately** report to the Probation Department located at 231 W. Lafayette Blvd, Detroit, Michigan and submit to GPS location monitoring.  He shall reside at 14035 Rossini Drive, Detroit, MI 48205, until he is directed by his supervising Probation Officer to report to a Residential Re-entry Center ("RRC").  He shall report to his assigned RRC as directed by Probation.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 11, 2025

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126